IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALFONZO HICKS, #N-70984** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 12-cv-177-JPG |
| | ) |
| **ALVAREZ,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On March 13, 2012, Plaintiff filed a motion to withdraw complaint (Doc. 10), in which he asked to voluntarily dismiss the entire action without prejudice.  Plaintiff also requested that he not be assessed the $350.00 filing fee due to his voluntary dismissal of the action.  Plaintiff's motion to proceed in forma pauperis ("IFP") in this action was granted on March 7, 2012 (Doc. 9).  He has not yet paid the initial partial filing fee.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntary withdrawal of his claim is Plaintiff's right.  Accordingly, the motion (Doc. 10) is **GRANTED IN PART** in that this action is **DISMISSED WITHOUT PREJUDICE**.

However, Plaintiff must still pay the filing fee for this case, even though he has voluntarily dismissed the action.  *See* 28 U.S.C. § 1915(b)(1), (e)(2); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  A prisoner incurs the obligation to pay the filing fee for a lawsuit when the suit is filed, and the obligation

continues regardless of later developments in the suit, such as dismissal of the suit or denial of leave to proceed IFP.  Moreover, full payment of the filing fee is required under the Prison Litigation Reform Act.  28 U.S.C. § 1915 (b)(1).

Accordingly, that portion of Plaintiff's motion (Doc. 10) requesting that he be excused from paying the filing fee in this case is **DENIED.**

**IT IS SO ORDERED**.

DATED:   **March 20, 2012**

*s/J. Phil Gilbert*
**United States District Judge**